UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONG WUK KIM,<br><br>   Appellant,<br><br> v.<br><br>FIRST KOREAN CHRISTIAN CHURCH OF SAN JOSE,<br><br>   Appellee. | Case No. 5:17-cv-00962-EJD<br><br>**ORDER TO SHOW CAUSE** |
| DONG WUK KIM,<br><br>   Appellant,<br><br> v.<br><br>FIRST KOREAN CHRISTIAN CHURCH OF SAN JOSE,<br><br>   Appellee. | Case No. 5:17-cv-00964-EJD |

The dockets of the bankruptcy appeals captioned above reveal that Appellant Dong Wuk Kim has taken no action to progress their prosecution subsequent to the filing of non-conforming voluntary notices of dismissal.

Accordingly, the court hereby issues an order to show cause why these appeals should not be dismissed for failure to prosecute. If Appellant does not, by **December 4, 2017**, demonstrate good cause in writing why the appeals should not be dismissed, the court will dismiss them with prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Federal Rules of Bankruptcy Procedure 8003(a)(2) and 8009(g).

**IT IS SO ORDERED.**

Dated: November 29, 2017

EDWARD J. DAVILA
United States District Judge

Case No.: 5:17-cv-00962-EJD
ORDER TO SHOW CAUSE

1